## UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

JANNY CALDERON-RODRIGUEZ,                    Case No. 26-CV-711 (NEB/ECW)

Petitioner,

v.                                          ORDER ACCEPTING REPORT AND
                                            RECOMMENDATION

L. MOLIS, Warden FCI Waseca,

Respondent.

The Court has received the March 16, 2026 Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright. (ECF No. 10.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1.      The Report and Recommendation (ECF No. 10) is ACCEPTED;

2.      The Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED;

3.      The Motion to Expedite Consideration (ECF No. 3) is DENIED AS MOOT; and

4.      The action is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 28, 2026                          BY THE COURT:

                                               s/Nancy E. Brasel
                                               Nancy E. Brasel
                                               United States District Judge